United States District Court
Southern District of Texas
**ENTERED**
January 08, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| **Lori Peeples** § § *Plaintiff,* § § **vs.** § § § **The Prudential Insurance** § **Company of America** § § *Defendant.* § | CIVIL ACTION NO.: 3:19-cv-118 |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, Lori Peeples and Defendant, The Prudential Insurance Company of America, the parties to this action, hereby stipulate to the voluntary dismissal of this case with prejudice.

Each Party will bear their own costs and attorneys' fees in this matter.

**SO STIPULATED** this 24th day of September, 2019.

Respectfully submitted,

BEMIS, ROACH & REED
4100 Duval Rd.,
Bldg. 1, Ste. 200
Austin, Texas 78759
(512) 454-4000
(512) 453-6335 (facsimile)

By: /s/ *Lonnie Roach*
LONNIE ROACH
State Bar No. 16967600
S. Dist. No. 377174

And

        **SEYFARTH SHAW LLP**
        233 S. Wacker Drive, Suite 8000
        Chicago, IL 60606
        (312) 460-5564
        (713) 225-2340 (facsimile)

By:    /s/ *Jennifer E. Burgess* (w/perm.)
        Jennifer E. Burgess
        Illinois Bar No. 6292478

## CERTIFICATE OF SERVICE

By my signature above, I, Lonnie Roach, do hereby certify that on September 24, 2019, a true and correct copy of the foregoing pleading was electronically filed with the clerk of the U.S. District Court, Southern District of Texas, using the electronic case filing system of the Court and the electronic case filing system sent a Notice of Electronic Filing to all attorneys of record.

The stipulation is accepted by the Court, and the lawsuit is hereby **DISMISSED WITH PREJUDICE** to refiling. Each party shall bear its own attorneys' fees and costs.

SIGNED at Galveston, Texas on this 8th day of January, 2020.

        JEFFREY VINCENT BROWN
        UNITED STATES DISTRICT JUDGE